### 12825.  SOUTHERN RAILWAY COMPANY, *v.* RAY.

JENKINS, P. J.  It appearing from the remittitur and the opinion of the Supreme Court that the judgment of this court rendered in this case (28 *Ga. App.* 792, 13 S. E. 590) has been reversed, the judgment of this court is vacated, and, in accordance with the ruling of the Supreme

Court, the judgment of the court below is reversed because the court erred in denying a new trial. *Southern Ry. Co.* v. *Ray,* 155 *Ga.* 579 (118 S. E. 53). *Judgment reversed. Stephens and Bell, JJ., concur.*
DECIDED JUNE 25, 1923.

Action for damages; from city court of Carrollton — Judge Hood. August 5, 1921.

*Boykin & Boykin, Maddox, McCamy & Shumate,* for plaintiff in error.

*Thomas J. Lewis, Willis Smith,* contra.